UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **LARRY GENE BOLDEN JR** | **CASE NO. 6:25-CV-00529** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **CITY OF FRANKLIN ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

Presently before the Court is the Motion to Dismiss [ECF No. 9] filed by Defendants. Defendants seek to dismiss the case pursuant to Rules 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure. The motion was referred to the magistrate judge for report and recommendation. On September 19, 2025, Magistrate Judge Whitehurst issued a Report and Recommendation which recommended the following: (1) that the case be dismissed pursuant to Rule 12(b)(5) for Plaintiff's failure to timely effect service on Defendants and failure to show good cause; (2) that Plaintiff's Title VII claims be dismissed pursuant to Rule 12(b)(6); and (3) that Plaintiff be required to file an amended complaint to cure deficiencies related to his ADEA claim. No objections have been filed to the Report and Recommendation. While the Court does not disagree with Magistrate Judge Whitehurst's analysis regarding Defendant's Rule 12(b)(6) arguments, the Court finds that Plaintiff's failure to timely effect service and failure to show good cause for same requires immediate dismissal. Accordingly,

IT IS ORDERED THAT the Court ADOPTS the Report and Recommendations with regard to Defendant's request for dismissal under Rule 12(b)(5) for failure to timely effect service. Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE; and

IT IS FURTHER ORDERED THAT the Court declines to adopt the Report and Recommendation with regard to Defendant's request for dismissal under Rule 12(b)(6) as moot in light of the dismissal for failure to effect service.

THUS DONE in Chambers on this 1st day of December, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE